Rev. 5/2017 Prisoner Complaint

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. ___5:22-CT-3063___

(To be filled out by Clerk's Office only)

JULIOUS BROWN

_____

Inmate Number 90858-083

*(In the space above enter the full name(s) of the plaintiff(s).)*

## COMPLAINT

-against-

*(Pro Se Prisoner)*

FEDERAL BUREAU of PRISONS, ATTORNEY GENERAL,
DR. LAWERENCE SICHEI, PA M. VANSICKLE, PA U. RODRIGUEZ,
PA A. BART-PLANGE, UNITED STATES OF AMERICA

Jury Demand?
☒ Yes
☐ No

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

<u>**NOTICE**</u>

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☒ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Julious Brown
Name

90858-083
Prisoner ID #

FCC, FCI Butner medium-1
Place of Detention

Old NC HWY 75
Institutional Address

Butner          NC          27509
City             State          Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee   ☐ State   ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☒ Convicted and sentenced federal prisoner

2 of 13

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: O. Rodriguez
Name

mid-level practioner          (2021)
Current Job Title

Old NC HWY 75, Fcc Butner, FCI Butner-1
Current Work Address

Butner          NC          27509
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: A. Bart-Plange
Name

mid-level practioner (2021)
Current Job Title

old NC HWY 75, Fcc Butner, FCI Butner-1
Current Work Address

Butner          NC          27509
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

3 of 13

**Defendant(s) Continued**

Defendant 3: Federal Bureau of Prisons
Name

Director of Bureau of Prisons
Current Job Title

320 First Street N.W.
Current Work Address

Washington    D.C.         20534
City            State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4: United States of America
Name

United States attorney General
Current Job Title

Washington D.C.
Current Work Address

Washington D.C         20534
City            State       Zip Code

Capacity in which being sued: ☐ Individual ☒ Official  Both

4 of 13

**Defendant(s) Continued**

Defendant 5     M. Van Sickle
_____
Name

mid level practioner (2018-2021)
_____
Current Job Title

Old NC Hwy 75, Fcc Butner, FCI Butner-1
_____
Current Work Address

Butner           NC              27509
_____
City                State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 6     L. Sichel
_____
Name

Medical Director
_____
Current Job Title

Old NC Hwy 75, Fcc Butner, FCI Butner-1
_____
Current Work Address

Butner    NC              27509
_____
City                State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Fcc Butner, FCI medium - 1

Date(s) of occurrence: 2018 - ONgoing

State which of your federal constitutional or federal statutory rights have been violated:

Violation of eighth amendment/Discrimination

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

|  |
|---|
| Who did what to you? |

M. Vansickle, O. Rodriguez, A. Bart-plange, L. Sichel, Federal Bureau of prisons, and The United States of America Denied and/or interfered with and/or delayed timely and adequate medical care to Julious Brown # 90858-083. The foregoing violations caused the plaintiff injury to include loss of vision, pain, suffering, and mental and emotional anguish.

See: Background at pages-6-7

Also See: Claims on page- 6

From 2018 - ONgoing

## BACKGROUND

Julious Brown #90858-083 is currently housed at FCC Butner, FCI Medium-1 in North Carolina. Prison officials and employees at FFC Butner, FCI Medium-1 denied Julious Brown timely and adequate medical care since 2018 to 2022 for Strambismus surgery of the left eye due to low eye pressure of the left eye and Glaucoma surgery of the right eye due to high pressure in the right eye and removal of cataracts of both eyes. See: Exhibit-A, medical record, Dated 6-28-21, stating: (...Base eye exam... pressure in right eye 22...pressure in left eye 4). (...HpI section states...patient states he is having trouble with his eyes). Also See: Exhibit-B, medical record, Dated on 7-14-21, stating: (...patient saw Dr. James last week and was found to have high pressure 21 in right eye...and low pressure of 6 in left eye). Also See: Exhibit-C, medical record, Dated 7-14-21, stating : (...primary open angle Glaucoma (POAG) of both eyes... severe stage...and nuclear sclerotic cataracts of both eyes).

Prison officials and employees denied Mr. Brown surgeries that are medically necessary to improve vision and prevent future vision loss and to alleviate pain and suffering. See: Exhibit-D, medical record consultation request, Dated 7-15-21, stating (...Dr. Firozui recommended to have Strambismus surgery on 12-17-21, However it was not approved by the BOP...Level of Care...medically necessary).

Prison officials and employees from or about August 2018 to February 2022, continuously denied Mr. Julious Brown, timely and adequate medical care. See: Exhibit-E, Consultation, Dated 8-17-2018 stating: (...inmate has advanced Glaucoma...His intracular pressure is to high). Also See: Exhibit-F, Base eye exam, Dated 9-9-2019, stating: (...Right eye pressure 16). Also See: Exhibit-A, Base eye exam, Dated 6-25-2021, stating: (...Right eye pressure 22... Left eye pressure 4).

This denial of timely and adequate medical care caused

(6)

Mr. Julious Brown injury, loss of vision, pain, and suffering. See: Exhibit-E, stating: (...Assessment plan...I would recommend a evaluation with pediatric ophthamology in consideration for Strambismus repair to address his double vision and difficulties with depth perception). Also See: Exhibit-H, Electronic request to staff, Dated 12-27-2021, stating: (...I have constant eye spasms that cause me severe pain and suffering...at times my vision is impaired which comes to blurriness and it's as if I'm going to lose consciousness...my eye glasses are not helping me...I'm constantly having accidents from loss of vision...the pain is very intolerable). (All Exhibits Included).

Claim-1 "DISCRIMINATION"

The Federal Bureau of prisons discriminated against Julious Brown because of his serious medical condition (severe Glaucoma of both eyes with low pressure in the left eye and high pressure in the right eye and cataracts of both eyes).

Claim-2 "CRUEL AND UNUSUAL PUNISHMENT"

The Federal Bureau of prisons subjected Julious Brown to cruel and unusual punishment due to the F.B.O.P.'s inconsistent medical care and denied Julious Brown the assistance he needed regarding his loss of vision, pain and suffering.

Claim-3 "DELIBERATE INDIFFERENCE"

The Federal Bureau of prisons, Lawerence Sichel, M. Vansickle, O. Rodriguez, A. Bart-Plainge, subjected Julious Brown to deliberate indifference by their denial of timely scheduled medical appointments and recommended surgeries inconjunction with evidence that defendant was aware that a delay in treatment would cause loss of vision, pain and suffering

Claim-4 "FTCA/MEDICAL MALPRACTICE

Lawerence Sichel, O. Rodriguez, A. Bart-Plainge, M. Vansickle, are all agents of the United States and did deny or interfered with and or delayed timely and adequate medical care to Julious Brown causing loss of vision, pain and suffering. The prison officials breached their duty of care demonstrating gross neglect.

(7)

**What happened to you?**

**When did it happen to you?**

**Where did it happen to you?**

See Back Ground
Pages 6-7
That Answers all
of The questions

What was
your
injury?

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No

If no, explain why not:

N/A

Is the grievance process completed?   ☒ Yes   ☐ No

If no, explain why not:

See: Remedy ID# 1009312-F1 and part B response, Remedy ID #1009312-R1 and part B response, Remedy ID# 1009312-A1 and Part B response, and remedy ID # F1, R1, and A1, continuation page. Also See: FTCA #TRT-MXR-2022-01582 And reciept. See: Attachment-2 (All Remedies included)

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like strambismus Surgery, Glaucoma Surgery to reduce the high eye pressure, and Cataract Surgery to remove Cataracts from Both eyes. I would like on Home Confinement or placed in a proper institution to recieve finely and adequate medical care and $500,000 dollars for permenent damage to my eyes, Pain, and suffering.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☒ No

If yes, how many?  N/A

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1/12/2022
Dated

*Julious Brown*
Plaintiff's Signature

Julious Brown
Printed Name

90858-083
Prison Identification #

FCI Butner-1 old NC Hwy 75      Butner      NC      27509
Prison Address                    City              State      Zip Code